| | |
|---|---|
| Law Offices of Travis Gagnier, Inc., P.S.<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234 Fax 941-0476 | Judge Timothy W. Dore<br>CHAPTER 13<br>Exparte |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIAMS, Christopher James,**<br>Debtor.<br>_____<br>**WILLIAMS, Christopher James,**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION et al**<br>Defendant. | Number 22-11289<br><br>Adversary Number: 22-01062<br><br>**EXPARTE MOTION & DECLARATION FOR ORDER DISMISSING MOHELA** |

COMES NOW, Christopher James Williams, Plaintiff herein, and moves the Court for an Order dismissing MOHELA as defendant in this adversary proceeding.

This motion is based upon the Declaration of Plaintiff's counsel, Travis A. Gagnier.

Dated this 12th day of July 2023.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff


<u>/s/ Travis A. Gagnier</u>
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

EXPARTE MOTION & DECLARATION FOR ORDER
DISMISSING MOHELA- 1

## DECLARATION IN SUPPORT OF ORDER OF DISMISSAL

Travis A. Gagnier, under penalty of perjury, hereby declares as follows:

1. I am counsel of record for the Plaintiff herein.
2. I have personal knowledge of the following facts and competent to testify regarding the same.
3. My office filed this adversary proceeding on behalf of the Plaintiff.
4. Subsequently I have been provided information from MOHELA that it does not own any of student loans involving Plaintiff but is merely a servicing agent for the US Department of Education. Based upon that information I believe it is proper to dismiss MOHELA as a defendant in this adversary proceeding.

WHEREFORE, your Declarant prays for the entry of an Order of dismissing defendant MOHELA.

Dated this 12th day of July 2023.

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

EXPARTE MOTION & DECLARATION FOR ORDER DISMISSING MOHELA- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476