# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIAMS, Christopher James,**<br>Debtor.<br>_____<br><br>**WILLIAMS, Christopher James,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION et al**<br><br>Defendant | Number 22-11289<br><br>Adversary Number: 22-01062<br><br>**ORDER DISMISSING MOHELA AS DEFENDANT** |

THIS MATTER having come on regularly based upon the Motion and Declaration for Order of Dismissal, and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that defendant Maximus Education LLC be and the same is hereby DISMISSED as defendant in this adversary proceeding.

///End of Order///

ORDER DISMISSING MOHELA AS DEFENDANT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234  Fax: 941-0476